

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00028-CV

| | | |
|---|---|---|
| ONCO FILTRATION, INC., Appellant | § | On Appeal from the 442nd District Court |
| | § | of Denton County (21-6505-442) |
| V. | § | August 17, 2023 |
| PEDESTAL SVN INVESTMENTS, LLC, Appellee | § | Memorandum Opinion by Visiting Judge Megan Fahey |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Onco Filtration, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Megan Fahey
    Visiting Judge Megan Fahey